IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA

v.                                 Case No. 14-CR-125-wmc

SCOTT A. SWID and
JODI L. SWID,

               Defendants.

---

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Western District of Wisconsin hereby dismisses, without prejudice, the indictment against defendants Scott A. Swid and Jodi L. Swid.

Dated this 8th day of December, 2015.

                                                   Respectfully submitted,

                                                   JOHN W. VAUDREUIL
                                                   United States Attorney

                                                   By: _____
                                                   LAURA A. PRZYBYLINSKI FINN
                                                   Assistant U. S. Attorney
                                                   Chief of Criminal Division

Leave of court is granted for the filing of the foregoing dismissal.

                                                   _____
                                                   WILLIAM M. CONLEY
                                                   United States District Judge

Dated: _____